IN THE CIRCUIT COURT OF THE
FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY,
FLORIDA

CASE NO.: 502020CA006362XXXXMB

LISA OLLIS,

    Plaintiff,

v.

WAL-MART STORES
EAST, L.P.

    Defendant.
_____/

## COMPLAINT

COMES NOW the Plaintiff, LISA OLLIS, by and through her undersigned counsel, and hereby sues the Defendant, WAL-MART STORES EAST, L.P., and alleges as follows:

### GENERAL ALLEGATIONS

1. This is a claim for damages in excess of Thirty Thousand Dollars ($30,000.00), exclusive of interest and costs.

2. The Plaintiff, LISA OLLIS, was and is at all times material hereto a resident of Palm Beach County, Florida.

3. At all times material to the cause herein, the Defendant, WAL-MART STORES EAST, LP, was a Foreign Company authorized to do business in the State of Florida and was engaging in retail operations at: 4375 Belvedere Road, West Palm Beach, Palm Beach County, Florida.

1

4. On of about, May 19, 2019, Defendant owned, maintained and/or controlled a WAL-MART STORES EAST, L.P. store located at 4375 Belvedere Road in West Palm Beach, Florida.

5. At all times material to the cause herein, the Defendant, WAL-MART STORES EAST, LP, was open to the public for retail business. On May 19, 2019, the Plaintiff, LISA OLLIS, was a business patron/invitee at the aforementioned store as operated and controlled by the Defendant, WAL-MART STORES EAST, LP.

6. On the above date and time, the Plaintiff, LISA OLLIS, while exercising due care and caution for her own safety, was shopping at said WAL-MART STORES EAST, L.P., and was caused to fall to the floor due to the careless and negligent manner in which the floors were maintained in the store aisles. More specifically, the Plaintiff slipped on foreign substance on the floor of an aisle in the store.

## COUNT I – NEGLIGENCE OF WAL-MART STORES EAST, L.P.

Plaintiff readopted and realleges each and every allegation contained in paragraphs 1 through 6 as if they were fully set forth herein.

7. The Defendant, WAL-MART STORES EAST, L.P., and its employees owned to the Plaintiff a duty of reasonable care to maintain the shopping areas in a condition reasonably safe for their intended uses and free form all conditions which would render them dangerous and unsafe for the Plaintiff, or present an unreasonable risk of harm to her, in her lawful use of the same.

8. The Defendant, WAL-MART STORES EAST, L.P., was negligent in one or more of the following ways:

2

   a. Creating a condition that caused or allowed bleach to pool on the floor where patrons walk.

   b. Failure to correct a dangerous condition the Defendant knew or said should have known existed.

   c. Failing to put wet floor signs by the spilled bleach.

   d. The Defendant failed to properly maintain and examine the floors to make sure they were safe and free from liquids.

   e. The Defendant should have exercised reasonable steps in the care of its floors.

   f. The Defendant failed to warn the Plaintiff of the dangerous conditions.

   g. The aforedescribed dangerous condition was a regular, reoccurring, and ongoing condition; therefore, Defendant knew, or in the exercise of reasonable care, should have known of the aforedescribed dangerous and hazardous condition.

   h. The Defendant should have properly trained its personnel to observe, inspect and notice liquids on the floors and to clean such liquids.

9. That the aforesaid acts of negligence on the parts of WAL-MART STORES EAST, L.P. were in proximate cause of the injuries sustained by the Plaintiff.

10. As a direct and proximate result of the negligence of the Defendant, WAL-MART STORES EAST, LP, the Plaintiff, LISA OLLIS, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of the

ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing and the Plaintiff, LISA OLLIS, will suffer the losses in the future.

WHEREFORE, the Plaintiff, LISA OLLIS, demands judgment for damages against the Defendant, WAL-MART STORES EAST, LP, and would further demand a trial by jury of all issues so triable.

Dated this 12th day of June, 2020.

SCHULER, HALVORSON, WEISSER,
ZOELLER & OVERBECK, P.A.
Attorneys for Plaintiff
1615 Forum Place, Ste. 4-D
Barristers Building
West Palm Beach, FL 33401
(561)-689-8180
jweisser@shw-law.com; michele@shw-law.com;
rchew@shw-law.com; mdickenson@shw-law.com
darriaga@shw-law.com

By: _____
Jason D. Weisser
Fla. Bar No.: 101435
Michael D. Dickenson
Fla. Bar No.: 90011

3